**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
April 3, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____CO_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>THOMAS WARFIELD<br><br>Defendants | Case No: SA:24-CR-00151-JKP<br><br>**INDICTMENT**<br><br>COUNT 1: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Distribution of a Controlled Substance - Fentanyl |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about July 9, 2022, in the Western District of Texas, Defendant,

**THOMAS WARFIELD,**

knowingly, intentionally, and unlawfully distributed a controlled substance, which offense involved a substance containing a detectable amount Fentanyl (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

<u>NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE</u>
[*See* Fed. R. Crim. P. 32.2]
I.
<u>Drug Violations and Forfeiture Statutes</u>
[Title 21 U.S.C. § 841(a)(1) and (b)(1)(C) subject to forfeiture pursuant to
Title 21 U.S.C. § 853(a)(1) and (2)]

1

As a result of the foregoing criminal violations set forth in Count One, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of certain property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. § 853(a)(1) and (2), which states:

**Title 21 U.S.C. § 853. Criminal forfeitures**
**(a)   Property subject to criminal forfeitures.**
Any person convicted of a violation of this subchapter or subchapter II punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law –

**(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
**(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; ...

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR AMY MARIE HAIL
Assistant United States Attorney